UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OFFICEMAX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV484 HEA |
| ) | |
| WORLD WIDE TECHNOLOGY, INC., ) | |
| MELISSA ECKERT, and MICHAEL ) | |
| DONAHUE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's Motion to Extend Temporary Restraining Order with Defendant's Consent [Doc. #15] is granted. The Temporary Restraining Order issued by this Court is extended for fifteen (15) days and will expire on May 15, 2008.

**IT IS FURTHER ORDERED** that the Preliminary Injunction Hearing currently set for April 29, 2008, is continued until further notice.

Dated this 24th day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE